MAX CHURGIN, Respondent, Appellant, v. NEW YORK BOARD OF FIRE UNDERWRITERS and C. W. BAILEY, as President of THE NATIONAL BOARD OF FIRE UNDERWRITERS, Appellants, Respondents.— Order so far as appealed from by the defendants reversed, with twenty dollars costs and disbursements to the defendants, and the motion for examination as to items "2" to "5," inclusive, denied. Order so far as appealed from by the plaintiff affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ABRAHAM J. DANZIGER, Respondent, v. FRANCIS A. BONNER and DAVID T. BONNER, Copartners, etc., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

AMERICAN WOOLEN COMPANY, INCORPORATED, Respondent, v. MAX PICK, Defendant, Impleaded with THE CHASE SAFE DEPOSIT COMPANY and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of MICHAEL J. SHEEHY, Receiver in Supplementary Proceedings of the Property of MAX PICK, Judgment Debtor, for an Order Requiring SIDNEY PICK to Give Access by MICHAEL J. SHEEHY to a Certain Safe Deposit Box, etc. MICHAEL J. SHEEHY, Appellant; SIDNEY M. PICK and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LOUIS T. STANLEY, Respondent, v. HARRY W. HOWE and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of GEORGE L. WAGNER, Appellant, against NORTH EUROPEAN OIL CORPORATION and Another, Respondents.— Order modified by granting a peremptory order of mandamus, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LAURENCIE'S, INC., Respondent, v. LURINE'S, INC., and ESTELLE BALABAN, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ELIZABETH R. MONAHAN, Plaintiff, v. ANNA F. KENNY and Others, Appellants. ALLAN S. LOCKE, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JEANNETTE BROTHERS, Appellant, v. GEORGE N. BROTHERS, Respondent.— Order modified by reducing the amount to be paid to plaintiff for her support and maintenance to the sum of one hundred dollars per month, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.